UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN C. ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CV00020LMB |
| ) | |
| SCOTT COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 5, 2006, plaintiff filed a "Motion for Production of Names and Addresses Pursuant to F.R.C.P. 19, 20." (Document Number 17). In this motion, plaintiff requests that the court issue an order directing Defendant Rick Walters, Sheriff of Scott County Jail, to produce the names and job titles of certain defendants to plaintiff, and to produce the addresses of these defendants under seal to the court, so that plaintiff may properly effect service.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Rick Walters shall file a response to plaintiff's Motion for Production of Names and Addresses Pursuant to F.R.C.P. 19, 20 (Doc. No. 17) within twenty (20) days of the date of this Order.

Dated this  14th  day of July, 2006.

*Lewis M. Blanton*
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE