UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN C. ELLIOTT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:06 CV00020 LMB |
| SCOTT COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## ORDER

In view of the court's finding on July 12, 2006 that service upon Defendant Medical Staff is considered inadequate,

**IT IS HEREBY ORDERED** that the United States Marshal Service shall effect service of process on Defendant Medical Staff in the manner described in Rule 4 of the Federal Rules of Civil Procedure.

Dated this __16th__ day of November, 2006.

_____
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE