UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN C. ELLIOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06 CV00020 LMB |
| | ) |
| SCOTT COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

A review of the file reveals that Defendant Medical Staff was served on November 28, 2006, by personally serving Olivia Houchins, LPN. (Doc. No. 32). Defendant Medical Staff's Answer was due on December 11, 2006. See Fed. R. Civ. P. 12(a)(1)(A). Defendant Medical Staff, however, has not filed an Answer or other responsive pleading, nor has an entry of appearance been made on its behalf.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Medical Staff shall, within twenty (20) days of the date of this Order, file an Answer or other responsive pleading to plaintiff's Complaint.

Dated this  8th  day of June, 2007.

*Lewis M. Blanton*
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE